```
TAM:JHK
F.#2012V00677
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

MICHAEL CATANIA,

       Plaintiff,

       - against -

NORMA HERBST,

       Defendant.

**STIPULATION AND ORDER SUBSTITUTING UNITED STATES OF AMERICA AS DEFENDANT AND DISMISSING THIRD-PARTY COMPLAINT**

Civil Action No.
12 CV 1840

(Spatt, J.)
(Lindsay, M.J.)

- - - - - - - - - - - - - - -X

NORMA HERBST,

       Third-Party Plaintiff,

       - against -

UNITED STATES POSTAL SERVICE;
PATRICK R. DONAHOE, Postmaster General
and Chief Executive Officer both
individually and in his official capacity;
and John Doe and/or Jane Doe, fictitious
Persons yet to be identified,

       Third-Party Defendants.

- - - - - - - - - - - - - - -X

    IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Plaintiff NORMA HERBST ("HERBST"), by her attorney, Joseph J. Ranni, Esq., and Third-Party Defendants the UNITED STATES POSTAL SERVICE; PATRICK R. DONAHOE, Postmaster General and Chief Executive Officer both individually and in his official capacity; and John Doe and/or Jane Doe, fictitious Persons yet to be

-2-

identified, UNITED STATES POSTAL SERVICE ("THIRD-PARTY DEFENDANTS"), by their attorney, LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, James H. Knapp, Assistant United States Attorney, of counsel, as follows:

    1.   Pursuant to 28 U.S.C. § 2679(d)(1), the United States of America is substituted as party defendant for Plaintiff NORMA HERBST.

    2.   HERBST's claims against the THIRD-PARTY DEFENDANTS, and any and all claims arising therefrom, are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal

-3-

Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements.

Dated:   Florida, New York
         May 24, 2012

                                    JOSEPH J. RANNI, ESQ.
                                    Ranni Law Firm
                                    Attorney for Norma Herbst
                                    148 North Main Street
                                    Florida, New York 10921

                          By:   _s/ Joseph J. Ranni_____
                                JOSEPH J. RANNI (JR 8537)
                                (845) 651-0999

Dated:   Central Islip New York
         May 23, 2012

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for the United States
                                    610 Federal Plaza, 5th Floor
                                    Central Islip, New York 11722

                          BY:   _s/ James H. Knapp_____
                                JAMES H. KNAPP (JK 5517)
                                Assistant U.S. Attorney
                                (631) 715-7879

SO ORDERED:

_____
HONORABLE ARTHUR D. SPATT
United States District Judge